# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

BRIAN RANDRUP,

               Plaintiff,

   v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

               Defendant.

_____/

Case No.  1:16-cv-00436-SKO

**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

(Doc. 3)

     Plaintiff Brian Randrup ("Plaintiff") filed a complaint on March 28, 2016, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Docs. 1, 3.)  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

     Accordingly, IT IS HEREBY ORDERED that:

    1.    Plaintiff's application to proceed *in forma pauperis* is GRANTED;

    2.    The Clerk of Court is DIRECTED to issue a summons; and

    3.    The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

Dated:   **March 31, 2016**               **/s/ Sheila K. Oberto**
                                 UNITED STATES MAGISTRATE JUDGE