1   Melissa Newel (#148563)
    NEWEL LAW
2   352 24th Street
    Oakland, CA  94612
3   (510) 316-3827
4   mnewel@newellawfirm.com

5   Attorney for Plaintiff
    BRIAN KEITH RANDRUP
6

7   PHILLIP A. TALBERT
    United States Attorney
8   DEBORAH LEE STACHEL
    Regional Chief Counsel, Region IX
9   SUNDEEP PATEL
    Special Assistant U.S. Attorney
10  Social Security Administration
    160 Spear Street, Suite 800
11  San Francisco, CA  94105
    (415) 977-8981
12  Sundeep.Patel@ssa.gov
13
    Attorneys for Defendant
14

15
                    UNITED STATES DISTRICT COURT
16
                    EASTERN DISTRICT OF CALIFORNIA
17

18

19  BRIAN KEITH RANDRUP,                No.  1:16-CV-00436 (SKO)

20          Plaintiff,

21      v.                             **STIPULATION AND ORDER FOR**
                                       **AWARD AND PAYMENT OF**
22  NANCY A. BERRYHILL,                **ATTORNEYS FEES PURSUANT TO EAJA**
    ACTING COMMISSIONER OF             **28 U.S.C. §2412**
23  SOCIAL SECURITY,
                                       **(Doc. 20)**
24          Defendant.

25

26

27

28

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, subject to the approval of the Court, that Brian Keith Randup (Plaintiff) be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412(d), in the amount of five thousand four hundred and fifty-three dollars and forty cents ($5,453.40). This represents compensation for legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

After the Court issues an Order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the attorney fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the Order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt subject to offset, then the government shall cause the payment of fees approved to be made payable to Melissa Newel or Newel Law (collectively "Plaintiff's counsel"), pursuant to the assignment executed by Plaintiff. Any and all payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees in connection with this action.

///
///
///
///
///
///

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. §406(b), subject to the provisions of the EAJA.

Respectfully submitted,

Dated: October 24, 2017                    NEWEL LAW

By:    *Melissa Newel*
       Melissa Newel
       Attorney for Plaintiff
       BRIAN KEITH RANDRUP

Dated: October 24, 2017                    PHILLIP A. TALBERT
                                           United States Attorney
                                           DEBORAH LEE STACHEL
                                           Regional Chief Counsel, Region IX
                                           Social Security Administration

By:    *Sundeep Patel\**
       SUNDEEP PATEL
       (*Authorized by email dated 10/24/2017*)
       Special Assistant U.S. Attorney
       Attorneys for Defendant

## ORDER

Based upon the parties' above Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses (Doc. 20), IT IS ORDERED that fees in the amount of **five thousand four hundred fifty-three dollars and forty cents ($5,453.40)** be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   **October 30, 2017**              /s/ *Sheila K. Oberto*
                                           UNITED STATES MAGISTRATE JUDGE